United States Bankruptcy Court
Eastern District of Michigan

In re:                                                                    Case No. **15-47817-MBM**
                                                                              Chapter: **13**

**Arthur C. Taylor, Sr. and Mary E. Taylor**         Judge: **Marci B. McIvor**

                 Debtors.
_____/

Debtor's Chapter 13 Confirmation Hearing Certificate
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. _____ Request confirmation of the debtors' plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. __X____ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

>Trustee Objections: The Trustee objected requesting interest for unsecured creditors and stating that the Liquidation Analysis lumped all of Debtor's real property (Debtors' homestead and two rental properties) into a single line. Debtors have provided for interest to unsecured creditors in the Order Confirming Plan. Debtors did **not** lump the three properties into a single line in the Liquidation Analysis. Each property has its own line. The Debtors' homestead is the only property that has equity and an additional attachment was provided to show the expenses and costs if the Debtors' homestead was liquidated in a Chapter 7. The other two properties did not have any equity as can be seen in the Liquidation Analysis. If the Trustee is not satisfied, the Court must determine what is required to allow the Plan to be confirmed.

3. ____ Request an adjournment of the confirmation hearing to _____, 2011, for the following good cause:

4. ____ Dismiss the case. [The Court will construe this as a motion by the Debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 10 days.]

5. ____ Convert the case to chapter 7. [The Debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice. Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]

Date: August 4, 2015                                        /s/ Joseph L. Grima
                                                                                **JOSEPH L. GRIMA (P 44756)**
                                                                                **Attorney for Debtor**
                                                                                **18232 Mack Ave.**
                                                                                **Grosse Pointe Farms, MI 48236**
                                                                                **(313) 417-8422**
                                                                                **grimalaw@gmail.com**